IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON,<br><br>        Plaintiff,<br><br>   vs.<br><br><br><br><br><br>K. CLARK, et al.,<br><br><br>        Defendants.<br>_____/ | 1:09-cv-00541-AWI-GSA-PC<br>[Kings County Superior Court case #08C0409]<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR MODIFICATION OF JUDGMENT<br>(Doc. 15.)<br><br>ORDER CORRECTING ORDER PURSUANT TO RULE 60(a)<br>(Doc. 11.)<br><br>**CORRECTED** ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REMANDING ACTION TO KINGS COUNTY SUPERIOR COURT<br><br>ORDER FOR CLERK TO ENTER AMENDED JUDGMENT BASED ON THIS ORDER<br><br>ORDER FOR CLERK TO SERVE NOTICE OF REMAND ON KINGS COUNTY SUPERIOR COURT<br><br>ORDER FOR CLERK TO SERVE A COPY OF THIS ORDER ON KERN COUNTY SUPERIOR COURT |

**I.    BACKGROUND**

    Jesse Johnson ("plaintiff") is a former state prisoner proceeding pro se in this civil action. On April 15, 2009, the Magistrate Judge issued findings and recommendations, recommending that

1

this case be remanded to the Kern County Superior Court.  (Doc. 4.)  On July 15, 2009, the Court adopted the findings and recommendations in full, and judgment was entered.  (Docs. 11, 12.)  On September 11, 2009, defendants filed a request for modification of the judgment.  (Doc. 15.)

**II.     RULE 60(a)**

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, "the court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."  Fed. R. Civ. P 60(a).

Defendants request that the judgment be modified to remand the case to Kings County Superior Court instead of Kern County Superior Court.  Defendants acknowledge they erroneously stated in the Notice of Removal, filed March 19, 2009, that the Complaint was filed in Kern County Superior Court.  Notice of Removal, Doc. 1 at 1.  Defendants point to evidence on the face of the Complaint indicating that the Complaint was filed in Kings County Superior Court.  Id., Ex. A at 4.

The Court has examined the evidence, which shows the Complaint was filed on October 16, 2008 as Case #08C0409 at Kings County Superior Court.   Good cause appearing, the Court's order adopting the findings and recommendations shall be corrected to remand this action to the Kings County Superior Court, and the final judgment shall be amended.

**III.    CORRECTED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

On April 15, 2009, findings and recommendations were entered, recommending that this action be remanded to the Kern County Superior Court.   Neither party filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by proper analysis.  However, the record shows that the Complaint was filed at the Kings County Superior Court, not the Kern County Superior Court.  Therefore, the Court shall remand this action to the Kings County Superior Court.

Accordingly, THE COURT HEREBY ORDERS that:

    1.     Defendants' request for modification of the judgment is GRANTED;

2.      The Court's Order Adopting Findings and Recommendations issued on July 15, 2009, is corrected pursuant to Rule 60(a) to remand this action to Kings County Superior Court instead of Kern County Superior Court; and

4.      The Clerk of Court is directed to:

    (1)     enter an amended judgment based on this order;

    (2)     serve notice of remand on Kings County Superior Court; and

    (3)     serve a copy of this order on Kern County Superior Court.

IT IS SO ORDERED.

**Dated:   September 25, 2009**          /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE